**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Tommy Waring & Samantha Waring)
Anthony Montaneri
Karen Sasso, Craig M. Waring)

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED

SEP 2 6 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

- against -

The Story goe's like this: First
1) Hallmark Greeting Cards Corp.
Sold My Intellectual Property
2) Too---General Mills Corp. Then
Mr. Lee Carr Admitted to Me the Creative
Rights Design #DA3257
They Lied About the Date's that
Buzz the Bee was Created!
And Attorney Lee Carr for
3) General Mills Promised Me A Huge
Monatary Settelment, Never Happened!

No Money
$
Just More
Lies!

*(In the space above enter the full name(s) of the defendant(s). If you*
*cannot fit the names of all of the defendants in the space provided,*
*please write "see attached" in the space above and attach an*
*additional sheet of paper with the full list of names. The names*
*listed in the above caption must be identical to those contained in*
*Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☐ Yes  ☒ No

*(check one)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional  plaintiffs named. Attach
additional sheets of paper as necessary.

Plaintiff     Name                    Craig M. Waring
              Street Address          29 Saint Croix St.
              County, City            Toms River N.J.
              State & Zip Code        New Jersey 08757
              Telephone Number        732 608-6493

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*  Jeffrey Rosenthal of Cleary, Gottlieb & 1 Liberty Plza LP.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☒ 375 False Claims Act *Against +* |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) *Gen.Mills Corp.* |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☒ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☒ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☒ 840 Trademark | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☒ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-088-343

**Effective date of
registration:**

January 18, 2012

*AttorNeY
LEE
CARR*

*YouR
HONOR
WAS GIVIN
This # BY GEN.
to ME
MiLLs #DA#325 7
SUE iN FEDERAL Courts*

---

## Title

**Title of Work:** Buzz the Bee

**Previous or Alternative Title:** Hallmark Bee Well Greeting cards Buzz the Bee

## Completion/Publication

**Year of Completion:** 1976

## Author

■ **Author:** Craig Waring

**Author Created:** 2 Dimensional artwork

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1959

**Anonymous:** No

## Copyright claimant

**Copyright Claimant:** Craig Waring

29 ST Croix Street, Toms River, NJ, 08757

## Certification

**Name:** Craig Waring

**Date:**

**Correspondence:** Yes



B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Hallmark Greeting Cards Corp._
Street Address _2501 Mc Gee Street_
County, City _KANSAS City MO_
State & Zip Code _MO. 64108_

Defendant No. 2

Name _#1 GENERAL Mills Blvd, Golden_
Street Address _Valley Minneapolis MN 55426_
County, City _Hennepin_
State & Zip Code _MN. 55426_

Defendant No. 3

Name _WikipediA's - ALL LiE'S_
Street Address _1 Montgomery 1600 StReet_
County, City _SAN FRANCISCO CA. 94104_
State & Zip Code _415-839-6885_

Defendant No. 4

Name _Foreighn & Domestic Sources_
Street Address _____
County, City _____
State & Zip Code _____


II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _INTELLectuAL PRoperty Theift + UNLAwfuL USE of My CopyRight!_

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Craig Glaving of Nutley New Jersey 07110_

Defendant(s) state(s) of citizenship _General Mills Corp. Minnesota MN 55426_

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _At Grocery Stores in Nutley NJ. Discovery of MY Intellectual Property was Stolen from ME!_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _Approx. 4PM - 5PM on Friday Evening between 4 - 5PM_

C.    Facts: _My Intellectual Property + My Copyright_

[boxed note: What happened to you?]

_Was Infriged Uppon, for Billions of dollars, They Waited Long Enough to Finaly Admitted it, Heres A Fact, Jeffery Rosenthal The Current Attorney For General Mills on A Very Long Phone Call told me As A Witness He Stated Some I keep Pushing, You'll bin this CASE They Know You Got Them, Will My English_

[boxed note: Who did what? Hallmark]

_HALLMARK Greeting Cards Sold my Art Work, I Sent in to the Get Bee Well Cards, General Mills Unlawfully Used my I-Property_

[left margin: Copyright infringement and Theft of my Artwork]

_I Know this Because the Attorney By the Name of Lee Carr Admitted this too My Mother And Me Craig Glaving He is A Attorney For GM. Corp. He Also Agreed to Pay me A Huge Monatary Check!_

[boxed note: Was anyone else involved?]

_And He then Asked me to Counter Sue Hallmark Cards for Selling MY Art Work. And He also Stated About I draw the Life in the Hive! Cartoon under Contract. I Then Agreed, If they Pay Me for the Robbery that Took Place, My Attorney told My Mom & Me they owe me Billions of Dollars Owed Me!_

[left margin: Wikipedia + ?]

[boxed note: Who else saw what happened?]

_Three of my INLAWS Witnessed The Stolen Art Work on the Cereal Box + a Lawyer Friend WAS Witness My original Drawings of my Buzz the BEE + Buzzy BEE! His Name_

[left margin: MANY witnesses But Corporate]

_is Frank Aggre Rollie of Belleville N.J._    -3-    (_One Hired A Huge LAW_)

_) Admission of Guilt #2 Attorney's -2) Jeffery Rosenthal of Wall's Law firm - Show: There Guilt_

[left margin: Admission of Guilt the 2 Attorney's from GM. Corp. All the]

) _Mr Lee Carr of General Mills Corp. firm Right there_

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

YOUR HONOR it PAINS ME too KNOW How MY Mother, MY Daughter Suffered THREW ALL THESE dECADES of Stress & Poverty While These Two Huge Corporate Giants KNEW And Addmitted too. Stood BY. And WATCH ME AND MY Family Suffer. While They ARE MAKEINg Billions ON MY STolEN ART WORK, AND This WAS ALL Told to ME BY GMills Corporation! & I Also HAVE Audio of SANDRA NELSON ON TAPE Addmitting They HAVE MY ORIGINIAL ART WORK! MR. LEE CARR Attorney for

**V.    Relief:** & LINA ASMAR A ParaLegal for DEAN LAMBURN General Mills Addmitted YALL this! GEN Mills By LEE CARR! THANKS 60 much Your HONOR.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Intellectual Property & Copyright INFRINGMENT— AS I STATED THE ATTORNEY MR. Lee CARR Told me He was going too Give me a Fair Monetary Settlement. & When I saw my Creation Buzz the Bee! & Life in the Hive for General Mills Corporation I Seek A Proper Monetary Settlement, As Promise to me by Lee CARR of General Mills Company! Right Here Your Honor! That should be As promised to me my Mom By Lee CARR of General Mills Corporation. A FAIR Monetary Settlement is ALL I ASK! Your Honor AND a check too stay the Life IN the Hive Cartoon. & a Contract for Said Work. By LEE CARR And We Agreed To this Agreement. & I'VE been Told He would MAKE This Right AND **PAY ME!** $ OWED & then A Contract for Life in the Hive! & it's Awsome too be Reimbed.

Sincerly, Craig M. Waring

-4-

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **21st** day of _**September**_ , 20 **24** .

Signature of Plaintiff  *Craig M. Waring*

Mailing Address  *29 Saint Croix St.*
*Toms River New Jersey*
*08757*

Telephone Number  *732 608-6493*

Fax Number *(if you have one)*  *N/A*

E-mail Address  *Craig Waring 4@Gmail.Com*

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

1) *[signature]*  *Tommy Waring 135 Zimmerll ...*
2) *[signature]*  *Anthony Nudson, 117 Heath Kathy NJ*
3) *Karen Basso*  *Karen Basso 29 Saint Croix Toms River Bloomfield 01003*
4) *[signature]*  *Samantha Waring 13 Valentine Rd 9-21-24, N.J.*
5) *Craig M. Waring*  *29 Saint Croix St. 08757 Toms River*

Signature of Plaintiff:  *Craig M. Waring*

- 5 -

**COZZARELLI LAW LLP**
ATTORNEYS AT LAW
727 Joralemon Street
Belleville, NJ 07109
(973) 751-7000
Attorneys for Plaintive

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 SEP 26  A 11: 32

| | |
|---|---|
| **CRAIG WARING,**    **PLAINTIFF** <br><br> **V,** <br><br> **HALLMARK , INC.** <br> **GENERAL MILLS, INC.** <br> **UNKNOWN COMPANIES** <br> **JANE AND JOHN DOE 1-15,    DEFENDANT** | **FEDERAL DISTRICT COURT,** <br><br> **3ʳᵈ DISTRICT** <br><br> *CIVIL ACTION* <br><br> Docket No. <br><br><br> **Certification of Craig Waring** |

I, Craig Waring, of full age, certify as follows:

1. I am the artist who designed and drew the "BUZZ THE BEE" also known as "Buzz the Bee."

2. I originally dealt with Hallmark Cards in 1976 and provided them with the Honey Bee drawing that I proposed for a series of "BEE WELL CARDS " that states for example "One bee is wishing to help a sick friend get better." That was the design and drawing in the General Mills, Inc. file they received from Hallmark.

3. I am the artist who designed and drew the "BUZZ THE BEE" that General Mills uses on their CHEERIOS cereal boxes and in their various advertisements and that I sent to Hallmark, Inc. in 1976, which they transferred to General Mills.

4. I went to the supermarket one day in 1981 and saw the CHEERIO box with my art work on it with their introduction of the honey nut CHEERIOS.

5. Mr. Lee Carr admitted to me on or about August 2012 on a telephone call, "there would not be a product without my art work."

6. Unbeknownst to me, Hallmark sold the design to General Mills. This can be confirmed by speaking to Mr. Lee Carr of General Mills, just as I did in July or

**Valenti, Clare D.**

| | |
|---|---|
| **From:** | Dean Amburn <dwa@amburnlaw.com> |
| **Sent:** | Thursday, August 11, 2022 1:23 PM |
| **To:** | Rosenthal, Jeffrey A.; Waring, Craig |
| **Subject:** | RE: General Mills |

Mr. Rosenthal,

Please be advised, I do not represent Mr. Waring.

Regards,
Dean

Dean W. Amburn

Amburn Law ®
INTELLECTUAL PROPERTY & LITIGATION

*LENA ASMAr — MR. LEE CARR told Her About MY ORIGINIAL ARTWORK, They Stole HE HAS IT!!!*

Office: (248) 621-2111 | Mobile: (248) 212-2777
Email: DWA@AmburnLaw.com | www.AmburnLaw.com

CONFIDENTIALITY NOTICE

This e-mail message from AMBURN LAW PLLC is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

From: Rosenthal, Jeffrey A. <jrosenthal@cgsh.com>
Sent: Thursday, August 11, 2022 12:32 PM
To: Waring, Craig <craigmichaels7@yahoo.com>; Dean Amburn <dwa@amburnlaw.com>
Subject: RE: General Mills

Dear Mr. Waring,

I am informed that General Mills employees have received several more harassing voicemails from you over the past couple of weeks. Since you suggested in those voicemails that you have retained counsel – and you never responded to my 2020 email inviting a conversation with your counsel Dean Amburn (see below) – I am unable to have a direct

## COZZARELLI LAW FIRM
### ATTORNEYS AT LAW

PATENTS, TRADEMARKS,
COPYRIGHTS

727 JORALEMON STREET
BELLEVILLE, N.J. 07109
(973) 751-7000
FAX (973) 751-7066
E-MAIL f.cozzarelli@comcast.net

FRANK COZZARELLI, JR.*
*PATENT ATTORNEY

August 9, 2012

General Mills, Inc.
Law Department
P.O. Box 9452
Minneapolis, Min. 55440

Hallmark, Inc.
P.O. Box 419034
Mail Drop 216
Kansas City, MO 64141-6580
Attn: David Johnson, Esq.

General Mills, Inc.
P.O. Box 9452
Minneapolis, Min. 55440
Attn: Mr. Lee Carr, Esq.

Re:     The Honey Bee Design

Dear Mr. Lee Carr, Mr. David Johnson and General Mills Law Dept:

Our law office represents Mr. Craig M. Waring who designed and drew the original General Mills honey bee in 1976. That now famous character is used to the present day on the boxes, advertisements and television for the sale of General Mills' CHEERIOS.

Mr. Waring originally dealt with Hallmark Cards, Inc. and provided them with the design/drawing of the Honey Bee. Unbeknown to our client, Hallmark sold the design to General Mills without proper compensation to our client and certainly without his knowledge or approval. Recently Mr. Waring was granted a US copyright to the drawing/literature.

Mr. Waring had several conversations with Mr. Lee Carr, Esq. of General Mills Law Department about this issue. Mr. Carr your detailed questioning of Mr. Waring during telephone calls of July or August, 2011 proved the information he provided to you was truthful and was corroborated by material found in General Mills file number DA3257. More specifically, that was proof to you that our client was in deed the person who designed and drew the Honey Bee that General Mills received from Hallmark, Inc. and has used for years and continues to use greatly increasing its value. Mr. Carr, you can even verify the calls because as you told Mr. Waring all calls to/from General Mills Corporation are recorded. Obviously, this resulted in the conclusion to our client that he had never been properly compensated for his work. Mr. Waring believes that you, Mr. Carr, may even have some knowledge of the original dealings between General Mills and Hallmark on this issue.

Mr. David Johnson, Esq. attorney for Hallmark, on March 22, 2012 you called our office, at the suggestion of Mr. Waring, to discuss this matter. We have refrained from returning that call, because we thought it wise to give you and General Mills an opportunity to consult with each other. Hopefully that was done.

The intent of this letter is to encourage all parties to consider this problem and to negotiate a mutually beneficial resolution and compensation to Mr. Waring. We await your call to me at **973-751-7000**.

Very truly yours,

Frank Cozzarelli

CC:     Craig Waring



General Mills: One of the World's largest food Companies                    https://www.generalmills.com/SearchResults?SearchTerm=lee ca



# Search Results

## 29 results for **lee carr**

### General Mills: Reducing energy

Understanding energy use is essential to improving the energy efficiency of General Mills facilities around the world.

### General Mills: Developing gluten-free products

Today, General Mills offers more than 600 gluten-free options, such as Betty Crocker Gluten Free baking mixes, Chex cereals, and Bisquick Gluten Free baking mix.

### General Mills: Trading Partner - Transportation (NA)

Trading Partner - Transportation (NA)

### General Mills: Virtual patent marking

General Mills Inc., virtual patent marking. The contents of this page, together with General Mills products marked with Patent: generalmills.com/pat, are being provided pursuant to the patent notice requirements set forth in 35 U.S.C. § 287(a). Additional pending and granted patents not listed below may cover certain General Mills products.

march 22, 2012    5:46 PM

Dave Johnson, Esq
attorney Hallmark Ref file.
Re: General Mills

816 274 8397

_____

Lee Carr
gave Copy of property number
at General mills. D A 3257

Cherrio Bee
Gen. mills 763-764-7200

General Mills, INC
PO. BOX 9452
MINNEAPOLIS, MIN
55440

Waring—000146—FCJr File



9/17/24, 2:21 PM                                      Gmail - my BUZZ the BEE art design thieft in the first degree

 Gmail                                                         **Craig Waring <craigwaring4@gmail.com>**

## my BUZZ the BEE art design thieft in the first degree
3 messages

**Craig Waring** <craigwaring4@gmail.com>                                      Mon, Sep 9, 2024 at 8:42 PM
To: badge326@yahoo.com

your honor hello my name is craig michael waring , i'm the originator of my characters BUZZ & BUZZYthe BEE! with copyright , im sending too you your honor . ! I  created the bee well greeting card , when i was graduated from nutley high school i created art work for same school NUTLEY  HIGH SCHOOL IT'S SHOWN IN MY NHS YEAR BOOK 1977 WITH MY SIGNATURE TO PROVE ITS MINE  THE MAROON RAIDER PIRATE IN THE SAMETIME FRAME . I DREW A GREETING CARD CALLED BUZZ THE BEE ,BEE WELL  GREETING CARD . FOR MY HIGH SCHOOL SWEETHEART. KAREN POLITTO , FROM NUTLEY NJ ASWELL ! IT WAS SUCH A CUTE CARD I THOUGHT TOO SEND IT IN  TO HALLMARK GREETING CARDS CORP. NEVER EVER THINKING THEY WOULD SELL IT TOO GENERAL MILLS CORPORATION , THEY ADMITTED THIS TOO ME ATTORNEY FROM GEN. MILLS CORP. HIS NAME IS MR. LEE CARR ADMITTED THAT WHEN THEY BOUGHT MY ARTWORK HE STATED TO ME WITH WITNESSES , WE KNOW ITS YOU MR. WARING WE'VE ALWAYS KNOWN IT WAS YOU ! & WHEN WE BOUGHT THIS FROM HALLMARK, WE BOUGHT IT ALL ! TOTAL ADMISSION OF GIULT ! YOUR HONOR ,  SO THE TRUTH OF THE MATTER IS THIS MR. LEE CARR THE ATTORNEYFOR GENERAL MILLS CORP. TOLD MY WITNESSES & MY MOTHER & MY SELF HE WOULD GIVE ME A HUGE CASH EVALUATION  & ASKED ME TOO DRAW THE WHOLE CARTOON FOR GENERAL MILLS CORP. I CALL LIFE IN THE HIVE , WHEN LEE CARR HEARD THIS HE THEN ASKED ME TOO CREATE THIS, UNDER A CONTRACT FOR ME TOO DRAW FOR THEM , I SAID HEARING THIS PROPOSITION , pay me my  CASH EVALUATION AMOUNT , PAY ME THE BILLIONS OF DOLLARS !!!! THATS,  PROMISED & OWED ME FIRST THEN WE,LL DISCUSS LIFE IN THE HIVE !!!! ME MR. CRAIG WARING HE ADMITTED THIS TO ME, MY DAUGHTER AND MY MOTHER, AND FAMILY MEMBERS THAT FRIDAY AFTERNOON IN 2017 , MY LAWYER FRANK COZZARELLI JR. DIED IN THE MIDDLE OF THIS CASE !!!! GOD REST HIS SOUL!!!! HE WAS A GREAT MAN,  HE WAS DISCUSSING MY PROPER MONETARY SETTLEMENT AMOUNT !!!!  AND NOW STEPPES IN MR. JEFFERY ROSENTHAL  FROM A NEW YORK CITY LAW FIRM TO COME IN HOSTILE AND CALLING MY ATTORNEY AND MYSELF TO BE FRAUDS  , AND ACCUSED US AS  BEING ROBBERS AND GAME PLAYERS AND ACCUSED US THAT WE REDREW THERE BEE  WHEN IT WAS FACT THAT HIS ACCUSATIONS WERE FALSE BECAUSE MR. LEE CARR AND MYSELF  WITH MY WITNESSES, ALREADY DISCUSSED ALL THE TERMS  AND HE ADMITTED TO ME , I,M THE ORIGINAL CREATOR OF BUZZ THE BEE! ACCORDING TO GEN MILLS CORP. AND MR. LEE CARR & HIS  ADDMISSION , WITH OUT QUESTION !, HE ADDMITTED  AND SANDRA NELSON THE HEAD OF GEN. MILLS ART DEPARTMENT I HAVE AUDIO OF HER I WILL PROVIDE THOSE PROOFS AS WELL! YOUR HONOR , THANKS SO MUCH YOUR HONOR FOR HEARING  MY STORY AND LETTING JUSTICE BEE SERVED , NO PUN INTENDED , NOW MR. JEFFERY ROSENTHAL  WITH  NO PROOF OF ANYTHING !!!!  I HAD THIS CASE SOLVED WITH MR. LEE CARR OF GEN. MILLS CORPORATION , I WOULD LIKE TO YOU TO KNOW YOUR HONOR I WANT TO SUE JEFFERY ROSENTHAL FOR DEPPERMATION OF CHARACTER  A Design PATENT NUMBER #3257 WAS GIVEN TO ME BY ATTORNEY MR. LEE CARR OF GEN.MILLS CORPORATION ,  PUNITIVE DAMAGES AS WELL!  EVERY WORD OUT OF HIS MOUTH WERE TOTAL LIES AND I STATE THIS AS FACT BECAUSE GEN. MILLS CORP GRANTED ME THREW MR LEE CARR AS  THE ORIGINAL CREATOR OF BUZZ & A  HUGE  MONITARY SETTLEMENT EVALUATION , BUT HIS PROMISES WERE CLOUDED BY JEFFRY ROSENTHAL PLEASE YOUR HONOR  JUSTICE PLEASE BE SERVED!!!!  YOUR HONOR THERE IS BILLIONS OWED ME  FABRICATION FROM MR. JEFFERY ROSENTHAL AND IT WAS SLANDERIOS A HUGE NEW YORK LAW FIRM  ATTORNEY MR. JEFFERY ROSENTHAL ESQ. AFTER ME A SICK OLD RETIRED JEWELRY SALES AND A NYCITY 813 TEAMSTER GARBAGE MAN !!!!! ITOLD MR. LEE CARR AND GENERAL MILLS  and ART DIRECTOR MISS SANDRA NELSON  I HAVE HER ON MY LANDLINE HOME PHONE TELLING ME  SHE HAS MY ORIGINIAL  ARTWORK IN HER POSSESSION  AND SHE KNOWS THAT I AM NOT HAPPY , TO SAY THE LEAST SHE ALSO TALKS ABOUT THE LARGE MONITARY AMOUNT OWED ME AS WELL !!!! , IS SHE KIDDING ME !!!!! FIRST PAY ME MY  MONEY ,THEN!  I WOULD CREATE LIFE IN THE HIVE ,  FOR GEN. MILLS CORP .with a whole new deal !!!! and a new contract. for the cartoon CHARACTERS,for my intellectual property , i call life in the hive !!!, WITH BUZZ & BUZZY BEE ! the main characters .  but i keep possession of all my creative artwork and all my characters & MY STORY LINE & ALL MY CONTENT !!!! , YOUR HONOR I MENTIONED MR. FRANK COZZARELLI JR. EARLIER IN THIS LETTER WELL I HAVE HIS CASE PAPERS , AND HE SUED EVERYBODY FOREIGN AND DOMESTIC HE INCLUDED HALLMARK CARDS , GENERAL MILLS AND ANY & ALL COPYRIGHT INFRINGEMENT THIEVES & INTELLECTUAL PROPERTY  THEFT . NOT TO MENTION WIKAPEDIA NEEDS TO BE SUED AS WELL THEY WRITE LIES IN THERE INFORMATION HEADINGS I FOUND THAT OUT WHEN I READ ON THERE SITE ALL LIES ABOUT BUZZ MY BEE THANK .YOU SO, SO MUCH FOR HEARING MY CASE ! OH THE LAST LAW FIRM TO LOOK AT MY CASE WAS  MURPHY DURKIN OF DURKIN & DURKIN & DURKIN IN CALDWELL NEW JERSEYAND THAT'S WHAT I'M DOING IS SUING  HALLMARK GREETING CARDS & OF COURSE GENERAL MILLS CORPORATION FOR COPYRIGHT INFRINGEMENT BILLIONS

OF DOLLARS THEY NOT ONLY DID THEY PROMISE ME BUT STILL DID NOT SETTLE THIS CASE ! ALSO MR. JEFFERY ROSENTHAL SENT ME A LETTER TO CALL HIM , THREW WAY OF FEDERAL EXPRESS & WHEN I SPOKE TO HIM ON THE PHONE , HE SAID AND I QUOTE , KEEP PUSHING AND YOU'LL WIN , THEY KNOW YOU GOT THEM !!!! YOU HAVE THE DA # 3257 FROM MR. LEE CARR HIMSELF , AND THE COPYRIGHT . SO THANKS YOUR HONOR THEY MADE ME AND MY SICK 83 YEAR OLD MOTHER , MY ONLY DAUGHTER AND MYSELF WE ALL SUFFERED FOR YEARS ! PLEASE LET JUSTICE BE SERVED OVER THESE CRIMINALS & THIEVES !!!!! GOD BLESS YOU & YOURS , YOUR HONOR . MY SINCERE THANKS YOUR HONOR , MR. CRAIG M. WARING , PS I'M FRED WARINGS NEPHEW , LOOK HIM UP ON THE INTERNET, LIKE ME HE'S AN AMAZING INNOVATOR!!!!! THANK YOU SO MUCH . FEEL FREE TOO REACH ME 24/7 ON 732 608- 6493

---

**anthony Montanari** <badge326@yahoo.com>                                    Tue, Sep 10, 2024 at 7:16 AM
To: Craig Waring <craigwaring4@gmail.com>

Please send me some artwork and do u have the copy right? Send it

> On Sep 9, 2024, at 8:42 PM, Craig Waring <craigwaring4@gmail.com> wrote:
>
>
[Quoted text hidden]

---

**anthony Montanari** <badge326@yahoo.com>                                    Tue, Sep 10, 2024 at 7:21 AM
To: Craig Waring <craigwaring4@gmail.com>

9/17/24, 2:18 PM                                                    Gmail - Final Draft

 Gmail                                          **Craig Waring <craigwaring4@gmail.com>**

## Final Draft
1 message

**Anthony Montanari** <badge326@yahoo.com>                         Sun, Sep 15, 2024 at 9:48 AM
Reply-To: Anthony Montanari <badge326@yahoo.com>
To: Craig Waring <craigwaring4@gmail.com>

### New Jersey Artist's Battle for Justice: Artwork Allegedly Stolen by Hallmark and General Mills

Toms River, NJ — September 15, 2024 — In an extraordinary case of artistic theft and intellectual property dispute, Toms River resident Mr. Craig Waring is waging a courageous battle to recover his artwork that he alleges was stolen by Hallmark and General Mills. Mr. Waring's fight for justice has captured significant attention as he seeks to reclaim his creations and obtain damages for the alleged infringement.

Mr. Waring, an accomplished artist known for his distinctive and innovative designs, has claimed that his artwork was unlawfully appropriated by renowned companies without his consent or proper compensation. Despite extensive efforts to resolve the issue through legal channels, Mr. Waring's struggle continues as he works tirelessly to bring his case to light and seek reparation for the damage incurred.

The story of Mr. Waring's ongoing pursuit for justice is a poignant example of the challenges faced by artists in protecting their intellectual property rights. It highlights the broader issue of how creative work can be exploited without adequate acknowledgment or reward.

We believe that featuring Mr. Waring's story will not only shed light on his personal battle but also bring attention to the critical issues of copyright infringement and artist rights in today's market. We invite you to cover this compelling narrative and help amplify Mr. Waring's quest for justice.

For more information or to arrange an interview with Mr. Waring, please contact:

Tom Waring 973-417-8657

akarooloffking@aol.com

### The Journey of Craig Waring: From High School Artist to a Legal Warrior

In 1977, seventeen-year-old Craig Waring was grappling with the responsibilities of adulthood. Following the passing of his father, Craig juggled part-time work, school, while caring for his younger siblings and supporting his ailing mother. His high school sweetheart, Karen, became his pillar of support, encouraging him to nurture his artistic talents.

Craig's talent shone brightly through his work. He created a High School Raider that left an indelible mark on his community. His Logo adopted by the school in 1977 stills adorns uniforms and scoreboards until this day. His gift was harnessed to create custom jewelry, and design ideas in hopes of someday patenting. Among his many creations was a heartfelt "Bee Well" greeting card, designed for Karen while she was in the hospital. The card featured Buzz the Bee, an anthropomorphic bumblebee with a friendly and encouraging message. Karen's doctor admired the artwork and suggested Craig submit it to Hallmark.

What began as a personal gesture soon found its way to Hallmark. The Bee, now known as Buzz, became an iconic image, eventually making its way to the cover of Honey Nut Cheerios boxes. This was where Craig's journey took a dramatic turn.

In 1982, while shopping at a local A&P Supermarket in New Jersey, Craig's friends Maria and Joseph pointed out the cereal box featuring Craig's Buzz. Shocked and excited, he contacted Hallmark. Mr. Dave Johnson, a corporate attorney flatly denied that Hallmark had ever sold or distributed his artwork to General Mills. Craig undeterred sought legal help,

Align top of FedEx Express® shipping

ORIGIN ID:PCTA   (212) 225-2000
NY OFFICE OPERATIONS
C/O CLEARY GOTTLIEB LLP
1 LIBERTY PLAZA
-CONCOURSE LEVEL-
NEW YORK, NY 10006
UNITED STATES US

SHIP DATE: 11AUG22
ACTWGT: 0.50 LB MAN
CAD: 0845948/CAFE3612

BILL SENDER

TO  **CRAIG WARING**

**129 SAINT CROIX STREET**
**- -SIGNATURE REQUIRED- -**
**TOMS RIVER NJ 08757**

(212) 225-2000          REF: 18079-01612456
DEPT: 18079-016

**FedEx**
Express

**E**

TRK#
0201   **5145 6614 7329**

**K1 MJXA**

MON - 15 AUG 8:00P
** 2DAY **
ASR RES
08757
NJ-US   EWR



CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

TO:

VIA FEDERAL EXPRESS

Craig Waring
129 Saint Croix St.
Toms River, NJ 08757-4629

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

D: +1 212 225 2086
jrosenthal@cgsh.com

July 29, 2016

VIA EMAIL AND FIRST CLASS MAIL

Frank Cozzarelli, Esq.
Cozzarelli, Cozzarelli & DiPopolo
727 Joralemon Street
Belleville, NJ 07109

Dear Mr. Cozzarelli:

We write on behalf of General Mills Inc. ("General Mills" or the "Company") in response to your April 22, 2016 and July 18, 2016 letters. We have investigated Mr. Waring's allegations and have determined that they are not only frivolous, but that Mr. Waring's "certification" is outright perjurious.

For starters, documentary records confirm that the bee character used on Honey Nut Cheerios packaging was independently created by an agency working for the Company; it was not created by Mr. Waring nor did Hallmark have any involvement in its creation or use by General Mills. Critically, notwithstanding Mr. Waring's claim to have seen the "Buzz the Bee" drawing submitted with your April 22, 2016 letter on a Honey Nut Cheerios box in 1981, that bee was not actually featured anywhere by General Mills until nearly two *decades* later. That fact leads to a single, unmistakable conclusion – Mr. Waring copied the bee image from a Honey Nut Cheerios box and then tried to pass it off as his own. There is no other credible explanation for his claim to have seen "his" bee on a cereal box in 1981 that did not appear until many, many years later.

Mr. Waring's fabrications are not limited to his claim to have seen "his" bee on a Honey Nut Cheerios box in 1981. The substantive conversations Mr. Waring alleges that he had with General Mills employees never occurred. General Mills has records reflecting that Mr. Waring contacted the Company in November 2010 and claimed to have spoken previously to an employee named Lee Carr. But your April 22 letter and Mr. Waring's "certification" refer to alleged conversations with someone named Lee Carr in August 2011 and August 2012. General

*Attorney → for Gen Mills*

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

 Gmail

**Craig Waring <craigwaring4@gmail.com>**

## (no subject)
1 message

Anthony Montanari <badge326@yahoo.com>
Reply-To: Anthony Montanari <badge326@yahoo.com>
To: craigwaring4@gmail.com

Fri, Sep 13, 2024 at 4:01 PM

**The Journey of Craig Waring: From High School Artist to a Legal Battle**

In 1977, seventeen-year-old Craig Waring was grappling with the responsibilities of adulthood. Following the passing of his father, Craig juggled part-time work, school, and the care of his younger siblings while supporting his ailing mother. His high school sweetheart, Karen, became his pillar of support, encouraging him to nurture his artistic talents.

Craig's artistic gifts shone brightly through his work. Among his creations was a heartfelt "Bee Well" greeting card, designed for Karen while she was in the hospital. The card featured Buzz the Bee, an anthropomorphic bumblebee with a friendly and encouraging message. Karen's doctor admired the artwork and suggested Craig submit it to Hallmark.

What began as a personal gesture soon found its way to Hallmark. The Bee, now known as Buzz, became an iconic image, eventually making its way to the cover of Honey Nut Cheerios boxes. This was where Craig's journey took a dramatic turn.

In 1982, while shopping at the A&P Supermarket on Harrison Street in Nutley, Craig's friends Maria and Joseph pointed out the cereal box featuring Buzz. Shocked and excited, Craig contacted Hallmark. He spoke with Mr. Dave Johnson, a corporate attorney who flatly denied that Hallmark had ever sold artwork to General Mills. Craig was undeterred and sought legal help, embarking on a lengthy battle to reclaim his work.

Fast forward to 2017, Craig's perseverance paid off when he reached out to General Mills' corporate attorney, Lee Carr. To Craig's astonishment, Carr acknowledged that General Mills had indeed purchased the drawing from Hallmark. Carr even mentioned that they had always known the Bee belonged to Craig. This admission led to a moment of jubilation and hope as Carr suggested Craig create a new cartoon for the cereal box, with the concept titled "Life in the Hive."

Craig, buoyed by this opportunity, was asked to prepare a proposal and awaited a financial agreement. However, tragedy struck when his attorney, Frank Cozzerelli, passed away in 2017, leaving Craig's case in limbo. In the aftermath, Jeffrey Rosenthal, a formidable attorney from General Mills, accused Craig and his late attorney of fraud, alleging that Craig had redrawn the Bee. This accusation was a severe blow, especially since Craig had proof of his original design—a Design and Patent number provided by Carr.

As Craig grappled with the turmoil of his legal battle, he also faced personal challenges. His health declined, and he had to care for his aging mother. Reflecting on nearly 50 years of fighting for justice, Craig found himself at a crossroads, questioning whether the fight was worth it.

Despite the immense obstacles, Craig's story stands as a powerful narrative of resilience and dedication. His journey from a high school artist to a legal battler against a corporate giant highlights the personal sacrifices and unyielding spirit required to stand up for one's creative rights. Though the final resolution of his case remains uncertain, Craig's legacy as an artist and advocate for his own work endures, embodying the struggles and triumphs of fighting for what one believes is right.

I know you have taken this course already we will now submit story to news media to see if they will pic up story -

Mr. Waring,                                                          *GM, Admitted it!*

Thank you for sharing your concerns. It seems that you are seeking legal recourse for alleged copyright infringement and defamation involving General Mills Corporation, Hallmark Cards, and certain attorneys. Here are a few steps you may want to consider:

1. **Legal Representation**: If you haven't already, securing a skilled attorney who specializes in intellectual property and defamation law would be crucial. They can review the evidence, including any admissions and documentation, and guide you through the legal process.

2. **Documentation and Evidence**: Gather all relevant documents, including any contracts, correspondence, artwork, and witness statements. Ensure you have clear evidence of your claims, especially regarding admissions of guilt or promises made.

3. **Defamation and Copyright Infringement Claims**: Your attorney can help determine the validity of your claims for defamation and copyright infringement, including any damages you might be entitled to.

4. **Court Filings**: If your case proceeds to court, your attorney will assist with filing the necessary legal documents and representing your interests.

5. **Public Statements**: Be cautious about making public statements regarding the case, as these could impact legal proceedings. Your attorney will provide guidance on how to handle communication.

It's important to follow the legal process carefully to ensure your claims are properly addressed. I hope you find a resolution to this matter.

Best regards.

⊂⊃⊂⊃

On Sep 10, 2024, at 7:16 AM, anthony Montanari <badge326@yahoo.com> wrote:

Please send me some artwork and do u have the copy right? Send it
[Quoted text hidden]

Fast forward to 2017, Craig's perseverance paid off when he reached out to General Mills' corporate attorney, Lee Carr. To Craig's astonishment, Carr acknowledged that General Mills had indeed purchased the drawing from Hallmark. Carr even mentioned that they had always known the Bee belonged to Craig. This admission led to a moment of jubilation and hope as Carr suggested Craig create a new cartoon for the cereal box, Craig quickly offered the concept titled "Life in the Hive."

Craig, buoyed by this opportunity, was asked to prepare a proposal, and awaited a financial agreement. However, tragedy struck when his attorney, Frank Cozzerelli, passed away this same year, leaving his case in limbo. In the aftermath, Jeffrey Rosenthal, a formidable attorney from General Mills, accused Craig and his late attorney of fraud, alleging that Craig had redrawn the Bee. This accusation was a severe blow, especially since Craig had proof of his original design— and Patent number provided by Carr.

As Craig grappled with the turmoil of his legal battle, he also faced personal challenges. His health declined, and he had to care for his aging mother. Reflecting on nearly 50 years of fighting for justice, he found himself at a crossroads, questioning whether the fight was worth it.

Craig's story truly is a compelling testament to resilience and dedication. His evolution from a high school artist to a legal warrior fighting a corporate giant underscores the extraordinary lengths to which individuals will go to defend their creative rights. It's inspiring to see how his personal sacrifices and unwavering spirit have shaped his journey, even in the face of ongoing uncertainty. Craig's legacy, defined by both his artistic achievements and his advocacy, serves as a powerful reminder of the importance of standing up for one's beliefs, regardless of the obstacles. His ongoing fight encapsulates the broader struggle of many who challenge systemic forces and seek justice for their creative contributions.

CRAIG WARING
29 SAINT CROIX STREET
TOMS RIVER NJ 08753





Retail

U.S. POSTAGE PAID
FCM LG ENV
TOMS RIVER, NJ 08757
SEP 23, 2024

07102

**$11.54**

RDC 99

S2324M503705-20

7022 1670 0002 2921 6603

U.S. DISTRICT COURT
OF NJ
50 WALNUT STREET
NEWARK NJ 07102

RETURN RECEIPT
REQUESTED



ATTN:
DISTRICT COURT